UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     MELISSA A. ROBSON

Case No.:     17-15728
Chapter:     7
Judge:     Papalia

## NOTICE OF PROPOSED ABANDONMENT

__John W. Sywilok__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:    Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __June 13, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:    Debtor's interest in real property located at:
> 54 Skyline Drive
> Sparta, NJ 07871
> Fair Market Value: $390,000.00

> Liens on property:    Subject to mortgages held by Round Point Mortgage on which there is due approximately $385,000.00.

> Amount of equity claimed as exempt:   $0.00

Objections must be served on, and requests for additional information directed to:

Name:    John W. Sywilok, Trustee    /s/ John W. Sywilok
Address:    51 Main Street, Hackensack, New Jersey 07601
Telephone No.:    (201) 487-9390

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 17-15728-VFP
    Melissa A Robson                                            Chapter 7
                Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: May 10, 2017
                              Form ID: pdf905          Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
db             +Melissa A Robson,    54 Skyline Drive,   Sparta, NJ 07871-3432
cr             +ROUNDPOINT MORTGAGE SERVICING CORPORATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516719292      +Amex Dsnb,    Po Box 8218,   Mason, OH 45040-8218
516719294     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516719293      +Barclays Bank Delaware,    Po Box 8803,   Wilmington, DE 19899-8803
516719295     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
516719297      +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
516719300      +Eugene F. Donnelly III,    PO Box 572,   Sparta, NJ 07871-0572
516719302      +Macys,    Po Box 8218,   Mason, OH 45040-8218
516719303      +Morris Downing and Sheppard, ESqs.,    1 main street,    Newton, NJ 07860-2062
516719305       Pay Pal Credit,    PO Box 105658,   Atlanta, GA 30348-5658
516719306      +Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
516719308     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Co,    Po Box 8,   Chelmsford, MA 01824)
516719307      +Thd/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
516719309      +Wells Fargo,    Po Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 10 2017 21:40:20     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2017 21:40:19    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516719301      +E-mail/Text: bnckohlsnotices@becket-lee.com May 10 2017 21:40:10     Kohls/capone,
                 Po Box 3115,   Milwaukee, WI 53201-3115
516719304      +E-mail/PDF: pa_dc_claims@navient.com May 10 2017 21:41:09    Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516719296*    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
516719298*     +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
516719299*     +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
                                                                                  TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James C. Zimmermann    on behalf of Debtor Melissa A Robson jim@jzlawyer.com, jim@jzlawyer.com
              John Sywilok     sywilokattorney@sywilok.com, nj26@ecfcbis.com
              John Sywilok    on behalf of Trustee John Sywilok sywilokattorney@sywilok.com, nj26@ecfcbis.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 10, 2017
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5